# **EXHIBIT A**



| DC-804<br>Part 1 | **COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF CORRECTIONS** | FOR OFFICIAL USE<br>848548<br>GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Ms Tharp | FACILITY: SCI Albion | DATE: 1-31-20 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Joseph Sherca GM1483 | SIGNATURE OF INMATE: /s/ | |
| WORK ASSIGNMENT: C I Shop | HOUSING ASSIGNMENT: B-B62 | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On 1-31-20 around 2:40pm I was called in Mr. Martin office for a inmate progress report. It was one C/O and three C/I Supervisors. Ms. Mooney was conducting my 60 day review. After she went over the review I disagreed with her about her evaluation. Because the progress report had two below averages. After reading the definition of rating.-Below Average- The inmate does not demonstrate a sincere interest in developing positive work habits. The inmate usually reports to work but shows little desire to perform or learn work without repeated orders. The inmate may occasionally be disruptive in the work setting and/or demonstrate increasing absenteeism. I did not agree and refused to sign the Inmate progress report. Ms.Mooney stated that the belows were because of my last evaluation. She believes that I

**B.** List actions taken and staff you have contacted, before submitting this grievance.

All people present at 60 day review

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____   2-4-20
Signature of Facility Grievance Coordinator      Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*
Issued: 1/26/2016
Effective: 2/16/2016

Attachment 1-A

was wrong for disagreeing with my last report and voicing my opinion with other supervisors in the C.I. shop. I explained that, that was 60 days ago. She stated that because I took my grievance of the prior review to other peers that she work with I was receiving the below averages. I have a copy of the rules and policy that are given during orientation. Nothing states that you will be giving below averages for speaking about something you think is unfair. This is an abuse of authority also a violation of the-CODE OF ETHICS-Authority exercised over inmates will be fair and professionally responsible. Ms.Mooney stated that I would not receive a pay raise if I do not sign the report. The CODE OF ETHICS states-Discriminatory treatment of inmates will not be tolerated. Minorities that have disagreements with Ms.Mooney are usually fired. I do a good job I only disagree with the Below Average because of the DEFINITION. She also stated that this report will not harm me when I file for commutation. I am afraid to file commutation because Ms.Mooney is giving me improper and damaging evaluations. This treatment is truly unfair.

Relief:

1.Freedom from retaliation.
2.That I am not fired for disagreeing with her evaluation and freedom from retaliation.3. That Ms.Mooney is properly punished for violation of the code of ethics and freedom from retaliation.4.Just so you dont forget FREEDOM FROM RETALIATION.

# Appeal to Superintendent

Grievance# **848548**

Name: Joseph W. Shegog
Inmate#- GM-1483
Date: 3-13-20

Grievance Date: 1-31-20
Initial Review: 3-9-20

## I Disagree for the following reasons:

1. Ms. Giles put forth policy DC Admin 816, section 1,M.2 "Pay raises or demotions are done at the discretion of the work supervisor based upon the inmate's performance as documented on the Inmate Progress Report." This has nothing to do with the grievance I filed. I received an above average because I work hard and I am very respectful. I filed the grievance disagreeing with the definition of **BELOW AVERAGE-The inmate does not demonstrate a sincere interest in developing positive work habits. The inmate usually reports to work but shows little desire to perform or learn work without repeated orders.-** Please review I received all above average for my work. But still I received a below average for improving my work habits.

2. Ms. Giles failed to address the freedom from retaliation. I have worked in the C.I almost a year now. Minorities are the first to be punished or fired without cause for speaking up about mistreatment or unfairness. Ms. Mooney more than often reminds us that she works for the security office. I should not be mistreated and have my record stained because of the color of my skin.

3. Ms. Giles agreed with the evaluation knowing that I have been working for 15 years non-stop without one below average on any progress reports. I truly believe she made this judgment because she also fears retaliation from Ms. Mooney.

4. If Ms. Giles would of did a proper investigation should would of known that Ms.Mooney treats minorities unfair. She is extremely bias towards minorities.

### *FACTS IN SUPPORT FOR REVIEW*

If I improved so well why am I still receiving below averages. My work history should speak for itself. I have took pride in my work. I believe that if you speak to any prior Supervisor they will speak highly of my work ethic. Someone should address the discrimination. If I have courage to speak about it. All I ask is that someone has the courage to address it.

### Relief:

1. Freedom from retaliation.

2. That I be given new supervisor and freedom from retaliation.

3. Please review attachments

4. A full investigation into Ms. Mooney's behavior and freedom from retaliation.

SCI-ALBION

## Secretary's Office of Inmate
## Grievance and Appeals
## Department of Corrections

Joseph W. Shegog  
#GM-1483  
Unit: B-B-62  
Date: 4-10-20

Grievance#848548

Grievance Date;1-31-20  
Initial Review: 3-9-20  
Appeal to Warden: 3-13-20  
Warden Response: 4-6-20

### Reason for Appealing to Chief Secretary's Office

I filed the grievance because I was in disagreement with the mistreatment. I have worked for the state prison for 15 years. I never received a bad work report. Once Ms. Mooney found out that I wanted to file for commutation. She started to give bad progress reports. Even though my performance was well above average. I read the **DEFINITION** of Below Average. I was told by Ms.Mooney that I was giving the Below Average for voicing my opinion to other Supervisors. I begged for freedom from retaliation. Grievance Officer never address retaliation. Knowing that minorities are grossly mistreated. Neither did the Warden. Now I am suspended without pay. I never received a misconduct or any written notice. I was confronted about this grievance and removed from my job. DC-804 Section 1. A .24-**No inmate shall be punished, retaliated against, or otherwise harmed for use of the grievance system.** Please review how many times I begged for freedom from retaliation. Because the color of my skin it is ignored. Inmate Employment will never address **DISCRIMINATORY PRACTICES**. A full investigation of discrimination is request because I was removed for filing this grievance.

### Relief:

1. Freedom for futher retaliation.
2. A full investigation of C.I Shop Discriminatory Practices.
3. 10,000 dollars for retaliation.

4. 10,000 dollars for discrimination.
5. Given a new supervisor.
6. 10,000 for pain and suffering.





# Final Appeal Decision

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

04/27/2020 04:51

BB

| | | | |
|---|---|---|---|
| Inmate Name: | SHEGOG, JOSEPH WILLIAM | DOC #: | GM1483 |
| SCI Filed: | Albion | Current SCI: | Albion |
| Grievance #: | 848548 | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

**Decision: Uphold Response**

It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

You claim that on 1/31/2020, Ms. Mooney conducted your 60 day review. You say that you disagreed with her evaluation because there were two below average ratings. You state that you refused to sign the Inmate Progress Report. You claim that Ms. Mooney told you that the below average ratings were due to your last evaluation which you disagreed with and voiced your opinion to other supervisors in the CI Shop, as well as to other peers. You contend that this is a violation of the Code of Ethics and discrimination. You request no retaliation, not to be fired, and punishment for Ms. Mooney.

A review of the record found that your claims were investigated and Ms. Mooney was interviewed. There is no evidence of Code of Ethics violations or discrimination. Ms. Giles, the Grievance Officer, provided you with a detailed response to your grievance and of what she found during her investigation. As stated, your overall rating is above average and will not affect your communication request. Your grievance and requested relief are denied.

Signature: *[signature]*
Name: D. Varner
Title: Chief Grievance Officer
Date: 4/27/20

cc: DC-15/Superintendent - Albion
    Grievance Office

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 2 - Appeals, Attachment 2-F                                    Issued: 1/26/2016  Effective: 2/16/2016

GM1483    Grievance #: 848548

SHEGOG, JOSEPH WILLIAM                                                                    Page 1 of 1