# **EXHIBIT B**

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: SCI Albion | DATE: 3-23-20 |
|---|---|---|
| W. Tharp | | |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| Joseph Goods | | |
| WORK ASSIGNMENT: C.I. shop | HOUSING ASSIGNMENT: B-B-23 | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On 3-23-20 around 8:00am at C.I shop Supervisor Martin called all inmates without face mask. He was stating all inmates had to wear a mask. I asked Mr.Martin if it was mandatory because we were told it was optional. He became answered very aggressive using abuse language, "who gives a fuck? Why the fuck you have to question anything?" I responded I only asked a question and there was no need for him to curse at me. Mr. Arnold walked towards me and told me to shut the fuck up, that he doesn't care about me writting another grievance. I asked what do a grievance have to do with anything. He stated you want to write grievances against Jennifer. You know what get the fuck out. After pressing on my way out. C.O Arnold told me I better find a new job. This is retaliation for grievance #848548. C.O Arnold violated the

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____    _____
Signature of Facility Grievance Coordinator                    Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 1 – Grievances & Initial Review
Issued: 1/26/2016
Effective: 2/16/2016

Attachment 1-A

CODE OF ETHICS using abusive language and -General Responsibility of Department of Corrections Employees- Consistent with the responsibility of all correctional employes in the Commonwealth of Pennsylvania to perform their duties with integrity and impartiality and to avoid situations whereby bias, prejudice, or personal gain could influence official decisions.

I did nothing to warrant the verbal abusive or the threat that I better find another job. DC-ADM 804 Section 1. A .24 -No inmate shall be punished, retaliated against, or otherwise harmed for use of the grievance system.

## RELIEF-

1. Freedom from further retaliation.
2. That C.O Gronal be suspended without pay for abusive language and freedom from further retaliation
3. That my lively hood not taken away because I filed a grievance. -
4. 50,000 dollars for the retaliation and the verbal abuse.
5. That the retaliation be documented and that I will not be retaliated against further.
6. That I do not lose my job because of the color of my skin. I beg for a full and unbias investigation.


CC. OSII



# Initial Review Response
SCI Albion
10745 Route 18
Albion, PA, 16475-0001

04/24/2020 01:18

| Inmate Name: | SHEGOG, JOSEPH WILLIAM | DOC #: | GM1483 |
|---|---|---|---|
| Facility: | Albion | Unit Location: | B / B |
| Grievance #: | 857358 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision: Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

After a thorough review of the allegations made against staff it has been determined that all allegations in this grievance have been fabricated. Inmate Shegog filed this grievance in an attempt to mitigate the outcome of a misconduct filed due to infractions he committed while working in CI. No relief or award is warranted.

☑ **Frivolous:**

Inmate Shegog filed this grievance in an attempt to mitigate the outcome of a misconduct incurred while working in CI.

| Signature: | |
|---|---|
| Name: | W. Jadlocki |
| Title: | |
| Approver: | M. Tharp |
| Date: | 4/13/2020 |

CC: Facility Grievance Coordinator
DC-15

APPEAL TO SUPERINTENDENT

Name: Joseph W. Shegog  
Inmate# GM-1483  
Unit: B-B-62  
Date: 4-20-20

Grievance# 857358

Grievance Date: 3-23-20  
No Initial Response was given

I am Appealing for Following Reasons:

1. Never received an initial response. The due date for response was 4-14-20

2. C.O Gronal confronted me about a grievance I wrote on Mooney #848548. This violates DC-ADM 804 **Section 1. A 24 -No inmate shall be punished, retaliated against, or otherwise harmed for use of the grievance system.**

3. C.O Gronal used abusive language violating the CODE OF ETHICS and -General Responsibility of Department of Corrections Employees-performing duties with integrity and impartiality and to avoid situations whereby bias, prejudice, or personal gain could influence official decisions.

-Facts in Support for Review-

C.O Gronal confronted me about a prior grievance. No inmate shall be punished, retaliated against for use of grievance system. I did not receive any paperwork just told I was suspended on the following day.

Relief: 1. Freedom from futher retaliation.

2. That C.O Gronal be suspended without pay for abusive language
3. That my livelihood not be taken away because I filed a grievance.
4. Back pay for every day I lost.
5. 50,000 dollars for retaliation, verbal abuse, violation of the CODE OF ETHICS, and violation of DC-ADM 001, 804, and 816.
6. That the retaliation be documented and that I will not be retaliated against any further.
7. That I do not lose my job because of the color of my skin.
8. I request a full and unbias investigation of this complaint.



# Facility Manager's Appeal Response
SCI Albion
10745 Route 18
Albion, PA, 16475-0001

05/12/2020 04:40

| Inmate Name: | SHEGOG, JOSEPH WILLIAM | DOC #: | GM1483 |
|---|---|---|---|
| Facility: | Albion | Unit Location: | B / B |
| Grievance #: | 857358 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

**Decision: Uphold Response**

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

Mr. Shegog:

I have reviewed your grievance, the Grievance Officer's response and your appeal to the Facility Manager.

In your grievance dated 3/23/20, you are grieving on this same date an incident that occurred at your work place, Correctional Industries.

The Grievance Officer assigned to your grievance was Lt. Jadlocki. Following his investigation into your grievance, he ultimately was able to find no validity and in fact ultimately determined that your allegations were fabricated. He denied your grievance and deemed it Frivolous.

You have appealed to the Facility Manager and provide nothing that refutes the Grievance Officer's findings and now have added additional points that were not addressed in your original grievance.

Mr. Shegog ultimately, I must concur with the Grievance Officer and I am upholding their response to include the determination of Frivolous.

MRC/aae

☑ **Frivolous:**
The Facility Manager upholds the determination of this grievance as Frivolous.

| Signature: | |
|---|---|
| Name: | M. Clark |
| Title: | Facility Manager |
| Date: | 5/12/20 |
| CC: | |

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 2 - Appeals, Attachment 2-B

Issued: 1/26/2016  Effective: 2/16/2016

GM1483   Grievance #: 857358
SHEGOG, JOSEPH WILLIAM

Page1 of 2

5/13/20 AD

5-14-2020

Chief Secretary's Office
of Grievance and Appeals
Department of Corrections

Prison: SCI-Albion
Name: Joseph W. Shegog
Inmate# GM-1483
Unit: B-B-62

Grievance Date: 3-23-20
Initial Review: Unresponded
Appeal to Facility Mgr.: 4-20-20
Facility Mgr. Response: 5-12-20

## Appeal from Decision of Facility Manager

1. Facility Mgr. was in error stating I added additional points not in grievance. My grievance had 3 points. 1-I never received a initial response. The original grievance Lt. Barner is written at bottom. 2-C.O Gronal confronted me about a grievance. 3-That the C.O used abusive language. All 3 issues are in my original grievance.

2. Facility Manager stated I grieved same day as an incident occurred at work place. Policy states all incidents must be reported. On above date no misconuct was issued. Because I did nothing wrong I was confront about a grievance that I wrote #848548.

-Facts in Support for Review-

C.O. Gronal confronted me about a prior grievance and used abusive language. I never received Initial Response Review. Only to hide the Retaliation- An act of vengeance or threeat of action against an inmate or staff in response to an inmate complaint of a problem. Examples include, but are not limited to unnecessary discipline, intimidation, unnecessary changes in work or program assignments, unjustified transfers, or placement, unjustified denials of privileges and services.

Relief:

1. Freedom from further retaliation.
2. That C.O Gronal be suspended without pay.
3. That my livelihood not be taken away for filing a grievance.
4. $50,000 dolloars for retaliation, verbal abuse, violation of the CODE OF ETHICS, and violation of DC-ADM 001, 804, and 816.
5. I request a full and unbias investigation of this complaint.

# Final Appeal Decision

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050



07/22/2020 03:56



| | | | |
|---|---|---|---|
| Inmate Name: | SHEGOG, JOSEPH WILLIAM | DOC #: | GM1483 |
| SCI Filed: | Albion | Current SCI: | Albion |
| Grievance #: | 857358 | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

## Decision: Uphold Response

It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

## Response:

You claim that on 3/23/2020, the CI Shop Supervisor, Mr. Martin, called all inmates without face masks and stated that all inmates had to wear a mask. You say that you questioned him whether it was mandatory because you had been told that wearing face masks was optional. You state that CO Gronal answered very aggressively and used abusive language towards you, when all you did was ask a question. You claim that CO Gronal told you to get out and that you had better find a new job. You allege that this was in retaliation for a prior grievance, and that CO Gronal violated the Code of Ethics. You request no more retaliation, that your livelihood is not taken away, $50,000.00, that the retaliation is documented, and that you not lose your job because of the color of your skin.

A review of the record found that the Grievance Officer investigated your claims and found that they were fabricated. In your Appeal to the Facility Manager, you allege that CO Gronal had confronted you about a prior grievance; however, in your initial grievance you claim that his alleged actions were due to you questioning Mr. Martin's directions. Information and relief not mentioned in your initial grievance will not be addressed at final review. There is no evidence of retaliation or discrimination. Your grievance and requested relief are denied.

Signature: *[signed] Keri Moore for*
Name: D. Varner
Title: Chief Grievance Officer
Date: 7/22/20

cc: DC-15/Superintendent - Albion
Grievance Office

*[handwritten margin note: Grievance # 848548 which is the crux of your claim...]*

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 2 - Appeals, Attachment 2-F

Issued: 1/26/2016  Effective: 2/16/2016

GM1483   Grievance #: 857358

SHEGOG, JOSEPH WILLIAM