# **EXHIBIT C**

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** '20 APR 3 PM12:44 | Department of Corrections |
| | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

1. To: (Name and Title of Officer) Superintendent Clark
2. Date: 4-1-20
3. By: (Print Inmate Name and Number) Mr. Joseph Shegog GM1483 — Inmate Signature
4. Counselor's Name: Ms S
5. Unit Manager's Name: Ms D
6. Work Assignment: C.I.
7. Housing Assignment: B-13-62
8. Subject: State your request completely but briefly. Give details.

I wrote a grievance on my supervisor at the CI shop. C.O. Granol confronted me about the grievance using abusive langauge. I was then sent back from work. The next day I reported for work and was sent back Mr. Martin said I was suspended w/o pay I should not be punished for writing a grievance about mistreatment.

9. Response: (This Section for Staff Response Only)

I dons Carmor CI.
AND men OPERATIONS

☐ To DC-14 CAR only
☐ To DC-14 CAR and DC-15 IRS

STAFF MEMBER NAME _____ Signature _____ DATE 4/6
Print

*7.2.1, Counseling Services Procedures Manual Section 3, Request Slips     Attachment 3-A*