# **EXHIBIT D**

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer) Ms Deplatchett (UM) | 2. Date: 4-28-20 |
| 3. By: (Print Inmate Name and Number) Joseph Shegog GM1483<br>Inmate Signature | 4. Counselor's Name: Ms S |
| | 5. Unit Manager's Name: Ms D |
| 6. Work Assignment: C I | 7. Housing Assignment: B-B-6d |

8. Subject: State your request completely but briefly. Give details.

I was suspended from work for writing a grievance. I wanted to know how long I am suspended and how long I am allowed to be denied pay.

9. Response: (This Section for Staff Response Only)

You are suspended until your staff

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME _____ Print    Signature    DATE 4/27/21

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips    Attachment 3-A