# **EXHIBIT E**

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Ms Shrader (Counselor) | 2. Date: 4-28-20 |
| 3. By: (Print Inmate Name and Number)<br>Joseph Shaggy GM1483<br>Inmate Signature | 4. Counselor's Name: MsS<br>5. Unit Manager's Name: MsD |
| 6. Work Assignment: B.C.I | 7. Housing Assignment: B-B-62 |

8. Subject: State your request completely but briefly. Give details.

I was suspended from work for writing a grievance. I wanted to know how long I am suspended and how long I am allowed to be denied pay.

9. Response: (This Section for Staff Response Only)

You are suspended until a job removal staffing occurs. Due to quarantine protocol, all procedures for staffings have likely changed. Write to Ms Giles as she oversees job removal staffings.

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐

Signature: Shrader    DATE 4/29/20

STAFF MEMBER NAME _____ Print