# **<u>EXHIBIT F</u>**

*HDS*

| | |
|---|---|
| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

1.  To: (Name and Title of Officer)
    Inmate Employment

2.  Date: 6-1-20

3.  By: (Print Inmate Name and Number)
    Joseph W Shegog GM1483
    _____ Inmate Signature

4.  Counselor's Name
    Mr K

5.  Unit Manager's Name
    Ms D      RECEIVED

6.  Work Assignment
    Unknown

7.  Housing Assignment
    B-A-22-H/D

8.  Subject:  State your request completely but briefly.  Give details.

I haven't received pay since 2-23-20
We had a staffing without me receiving any
paperwork, suspension notice or misconduct,
So do I lose my job because I spoke up
about a staff using abusive language or writing
a grievance about racial discrimination.
The staffing was 3-24-20 it is now 6-1-20
and is my work history a factor in the staffing?

9.  Response: (This Section for Staff Response Only)

A job removal staffing request was received
by this office on 3/27/20. We did not hold
the staffing until 4/29/20. You were suspended
without pay effect 4/30. you started receiving
GLP, for the pay period 4/14-5/13/20)
You received 10 days GLP = $7.20
The current pay period, 5/14-6/13/20 will be
available by 6/19/20

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                        Print                        Sign

Revised July 2000