# **EXHIBIT G**

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections |
|---|---|
| | **INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
| 1. To: (Name and Title of Officer)<br>UM Ms Deplatchett | 2. Date:<br>6-1-20 |
| 3. By: (Print Inmate Name and Number)<br>Joseph W Shega, GM1483<br>_Inmate Signature_ | 4. Counselor's Name<br><br>5. Unit Manager's Name<br>Ms D |
| 6. Work Assignment<br>Unknown | 7. Housing Assignment<br>B-A-22 |

8. Subject: State your request completely but briefly. Give details.

I haven't receive any pay since 2-25-20 now the staffing was 3-24-20 but I was told I would be informed when a decision was made. But it is 6-1-20 and no-one has informed me of anything. Having a income does affect my life it is how I talk to my family. Because it makes me able to buy a phone card. I don't understand how my livelyhood is taken without cause.

9. Response: (This Section for Staff Response Only)

Ms. Shrader informed you during a conversation at the officer's desk that you were removed from your job.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____/_____ Sign _____ Date 4/3/21

Revised July 2000