# EXHIBIT H

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On 5-3-20 via request slip. I was informed that I was removed from my job by U/M Dellatonett. This removal of job was solely based on retaliation. On 1-31-20 I file a Grievance# 848548. On 3-23-20 C.O Oconel confronted me abot that grievance. I filed a grievance about last incident. Now I am removed from work without a disconduct. This removal is a violation of Section ?.10 (b) of DOC regulations. DOC's administrative directives address inmate misconduct and disciplinary procedures. When inmates violates rules set forth by DOC Section 1.A of DCM 801 provides the violation shall be reported and disposed of either by an informal or formal process. DC-ADM 801 Section 1. B of DC-ADM 801 requires misconduct to be reported via a DC-141 Part 1 Misconduct Report and inmates charged with misconduct shall receive a copy.

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____    _____
Signature of Facility Grievance Coordinator                Date

WHITE Facility Grievance Coordinator Copy      CANARY File Copy      PINK Action Return Copy
GOLDEN ROD Inmate Copy

***DC-ADM 804, Inmate Grievance System Procedures Manual
Section 1 – Grievances & Initial Review***
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 1-A**





# Initial Review Response

SCI Albion
10745 Route 18
Albion, PA, 16475-0001

06/30/2020 10:38

| Inmate Name: | SHEGOG, JOSEPH WILLIAM | DOC #: | GM1483 |
|---|---|---|---|
| Facility | Albion | Unit Location | H/D |
| Grievance #: | 871798 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer.  The response is as follows:

**Decision:Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

I have been assigned to investigate and answer your grievance. In your grievance, you claim that you were removed from your CI employment due to retaliatory  reasons. You cited several DC-Adm's stating your claims. In relief, you ask for freedom from further retaliation, back pay from 3/23/20, reinstatement of your job and $50,000. After investigating your claims, it was found that you were made aware on several occasions why exactly you were removed from your CI position. I interviewed both Ms. Deplatchett, UM and Ms. Giles. It was reported that you were confrontational with staff in front of other inmates of multiple occasions. These issues were brought up at your job removal staffing by CO Grinell on 4/30/20. Although no misconduct was written, the act of confrontation was evident. CI staff also stated that you were disrespectful and inappropriate during your job evaluation. These reasons were plenty for job removal. The CI employment position is the top job an inmate can receive and it should be treated as such. Here is the job removal policy -  DC ADM 816 Section B. #3 An inmate who is removed from a work/school assignment due to failure to perform, poor attitude, not being available for work/school, or no longer housed in general population, etc., is not eligible for compensation until he/she is reinstated to a work/school assignment by the Unit Management Team. This grievance is denied. No relief will be granted.

| Signature: | *Suess* |
|---|---|
| Name: | K. Suesser |
| Title: | UM |
| Approver: | C. Giddings |
| Date: | 6-30-20 |

CC:  Facility Grievance Coordinator
DC-15

# Appeal to Superintendent

Joseph W Shegog
GM1483
H-D-5
7-6-20

Grievance Date 6-3-20

Initial Review 6-30-20

## Disagree for Reasons:

1. U/m Suesser Failed to properly answer grievance Removal from job is a violation of Section 93.10(b) of D.O.C Regulations DC-ADM 801 Section IV B. requires misconduct to be reported via D-C 141 Part 1 Misconduct Report and inmate tagged with misconduct shall receive a copy

2. U/m Suesser also stated I was confrontational, disrespectful and inappropriate. This is a fabrication because I was given 3 evaluation at C.I shop. Please review evaluations

3. U/m Suessor reiterated the improper us of DC-ADM 816 Section B-3, to remove me from my job. All voting parties were made aware of C.O Grinell's retaliatory actions. Still he had a vote in my removal after I filed multiple grievances

## Facts in Support for Review

U/M Suesser omitted no misconduct was written I was removed from job after filing grievance about racial discrimination and C.I shop's retaliatory practices against minorites in the workplace. Please review all my C.I Shop evaluations and my 15 yr work histroy. Proof that the reason for job removal was fabricated to hide retaliation.

## Relief:

1. Freedom from further retaliation
2. Back pay for everyday lose since 3-23-20
3. Reinstatement of job
4. 50,000 dollars for violation of policies, retaliation racial discrimination and violation of my due process and equal protection Clause of 14th Amend.



# Facility Manager's Appeal Response

SCI Albion
10745 Route 18
Albion, PA, 16475-0001

07/29/2020 02:21

| Inmate Name: | SHEGOG, JOSEPH WILLIAM | DOC #: | GM1483 |
|---|---|---|---|
| Facility: | Albion | Unit Location: | F/A |
| Grievance #: | 871798 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

**Decision:Uphold Response**

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

Mr. Shegog:

I have reviewed your grievance, the Grievance Officer's response and your appeal to the Facility Manager.

In your grievance dated 6/3/20, you indicate that you were removed from your job in CI Commissary and that it was out of an act of retaliation by staff at this facility. You indicate that this removal was a violation of DOC regulations and Administrative Directives.

The Grievance Officer assigned to your grievance was Unit Manager Suesser. He responded on 6/30/20 and following his investigation into your claims, he denied your grievance. He explained per policy that you were appropriately removed from your employment. You have appealed this decision to the Facility Manager on 7/6/20.

Mr. Shegog, the Grievance Officer has appropriately addressed your grievance points and denied your grievance. There is no violation of policy or Administrative Directives involved in what took place.

The decision of the Facility Manager is to uphold the response of the Grievance Officer.

MRC/aae

| Signature: | | |
|---|---|---|
| Name: | M. Clark | |
| Title: | Facility Manager | |
| Date: | 7/29/20 | |

CC: DC-15
   File

---

SCI-ALBION

Secretary's Office of Inmate
Grievance and Appeals
Department of Corrections

Name: Joseph W. Shegog
#: GM-1483                                      #871798
Unit: F-A-14
Date:8-5-20

Grievance Date: 6-3-20                 Initial Review: 6-30-20
Appeal/Warden: 7-6-20          Facility Manager Answer: 7-29-20

<u>Reason for Appealing to Chief Secretary's Office</u>

This is an appeal of #871798. I was removed from my job. This
is incident of retaliation which was perpetrated against me
because I exercised my 1st Amendment Right to Petition the
Government for Redress of Grievance. I filed a grievance against
supervisor Ms. Mooney #848548. C.O Grinell confronted me about
that grievance and send me back to the block from work. The next
day I showed up for work and supervisor Mr. Martin told me that I
was suspended from work and sent me back to the block 3-24-20. I
was given a staffing on 4-29-20. C.O Grinell was the only one
present to represent the C.I shop. He stated he wanted me removed
from the C.I shop because I was causing to many problems. I
informed all parties at staffing that this was only retaliation
for a grievance I filed against supervisor Ms. Mooney about the
mistreatment of minorities.

Grievance Offier Suesser did not do a investigation because my
work reports only improve during my time. The only reason I was
fired is because of the grievance I filed. I have a 15 yr work
report at Albion with out problems. Once I filed the grievance
about minority mistreatment I was confronted than suspend. There
was no misconduct. D.O.C. administrative directives- When inmates
**violates rules set forth by DOC Section 1. A of DCM 801 provides**
**the violation shall be reported and disposed of either by**
**informal or formal process.**

It was no reason for the removal of job without a

misconduct. Please review work report and comments. The only reason I was removed from my job was solely because of the grievance I filed this is an open retaliation and boldy executed wrongfully using DC ADM 816 with no misconducts or bad work reports. Pleas review my last work report.

## Relief:

1. Freedom from further retaliation.
2. Back pay for everyday lose since 3-23-20
3. Reinstatement of job
4. 50,000 dollars for each violation of policies, retaliation, racial discrimination and violation of due process and equal protection clause of 14 Amend.

14



# Final Appeal Decision

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

08/24/2020 09:11

*FA*

| Inmate Name: | SHEGOG, JOSEPH WILLIAM | DOC #: | | GM1483 |
|---|---|---|---|---|
| SCI Filed: | Albion | Current SCI: | | Albion |
| Grievance #: | 871798 | | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

**Decision: Uphold Response**

It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal, and relief sought.

**Response:**

You claim that on 6/3/2020, you were informed by Unit Manager DePlatchett that you had been removed from your job. You contend that this was solely based on retaliation due to a prior grievance and in violation of DOC regulations and policy DC-ADM 801. You allege that you were fired for speaking up about racial discrimination in the workplace. You request no retaliation, back pay, the reinstatement of your job, and $50,000.00.

A review of the record found that the Grievance Officer investigated your claims and provided you with the details of his findings. It was due to your own actions that you were removed from your job. There is no evidence that DOC policy DC-ADM 816 was violated  Your grievance and requested relief are denied.

| Signature: | *Keri Moore for* |
|---|---|
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 8/24/20 |

cc: DC-15/Superintendent - Albion
    Grievance Office

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 2 - Appeals, Attachment 2-F

Issued: 1/26/2016  Effective: 2/16/2016

GM1483    Grievance #:871798

SHEGOG, JOSEPH WILLIAM

Page1 of 1