# **EXHIBIT J**

| DC-48B | | | |
|---|---|---|---|
| INMATE PROGRESS REPORT | | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS | |
| Inmate # GM1483 | Name SHEGOG, Joseph William | | |
| Job Title CI - COMMISSARY FOR INMATE EMPLOYMENT \ CI DISTRIBUTION CENTER \ CREW 4 (J LYNN) | | Pay Class | 1 |
| Location Bldg 6 | Assignment C.I. | Pay Step | B |
| Report Period 09/26/2019-11/18/2019 | | Date | 11/18/2019 |

### Definition of Ratings

**Above Average:** The inmate consistently displays above average work habits, does more than expected, and demonstrates personal initative. The inmate is absent only for legitimate reasons.

**Average:** The inmate consistently displays average work habits, but does only what is expected and demonstrates little personal initiative. The inmate is cooperative, but may miss an occasional workday without a legitimate reason.

**Below Average:** The inmate does not demonstrate a sincere interest in developing positive work habits. The inmate usually reports to work but shows little desire to perform or learn work without repeated orders. The inmate may occasionally be disruptive in the work setting and/or demonstrate increasing absenteeism.

**Poor:** The inmate is frequently absent from the work site or only reports because he/she has been ordered to do so. The inmate is routinely disruptive in the work setting, demonstrates little or no interest in the job assignment, and shows no motivation to learn the job.

| | Above Average | Average | Below Average | Poor | Rating |
|---|---|---|---|---|---|
| **JOB PERFORMANCE** | | | | | |
| Quality of Work | X | | | | 1 |
| Quantity of Work | | X | | | 2 |
| Use of Working Time | | X | | | 2 |
| Care of Working Area | | X | | | 2 |
| Handling of Tools and Equipment | X | | | | 1 |
| Use of Materials | X | | | | 1 |
| Use of Training and Instruction | | X | | | 2 |
| Work Effort in Relation to Potential | | X | | | 2 |
| **ATTITUDE AND RELATIONSHIPS** | | | | | |
| Towards Peers | X | | | | 1 |
| Towards Supervisor | X | | | | 1 |
| Towards Job | | X | | | 2 |
| Towards Constructive Feedback | | X | | | 2 |
| **PERSONAL CHARACTERISTICS** | | | | | |
| Dependability (includes attendance) | X | | | | 1 |
| Initiative | | X | | | 2 |
| Acceptance of Responsibility | | X | | | 2 |
| Personal Appearance | | X | | | 2 |
| Behavior on the Job | X | | | | 1 |

Officer's Signature _____ Date _____

Supervisor's Signature _(signed)_ Date 11·18·19

Inmate Signature _(signed)_    # GM1483    Date 11·19·19

Bldg 6

| PROBLEM AREAS | Check any of the following items which appear important |
|---|---|
| ☐ Uses obscene language often | ☐ Quick-tempered |
| ☐ Slow in meeting formations | ☐ Careless with equipment |
| ☐ Chronic complainer | ☐ Disregardes safety precautions |
| ☐ Argumentive | ☒ Does only the minimum amount of work to keep out of trouble |

COMMENTS: (Please provide any comments you have about the inmate, especially about those areas you feel need the attention of the inmate for improvment.

Shegog has minimal errors on a scan station, however his overall orders per hour is low; averaging 25/26 per hour instead of the 35 or more. At times, he has to work alone when his scan partner has is on the back dock. Shegog needs to show improvement on a scan station while maintain a low errors.

_____
Supervisor's Signature

11·18·19
Date