# **EXHIBIT K**

| DC-48B | | |
|---|---|---|
| INMATE PROGRESS REPORT | | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS |

Inmate # GM1483    Name SHEGOG, Joseph William
Job Title CI - COMMISSARY FOR INMATE EMPLOYMENT \ CI DISTRIBUTION CENTER \ CREW 4 (J LYNN)    Pay Class 1
Location Bldg 6    Assignment C.I.    Pay Step C

Report Period 11/18/2019-01/28/2020    Date 01/28/2020

### Definition of Ratings

**Above Average:** The inmate consistently displays above average work habits, does more than expected, and demonstrates personal initative. The inmate is absent only for legitimate reasons.

**Average:** The inmate consistently displays average work habits, but does only what is expected and demonstrates little personal initiative. The inmate is cooperative, but may miss an occasional workday without a legitimate reason.

**Below Average:** The inmate does not demonstrate a sincere interest in developing positive work habits. The inmate usually reports to work but shows little desire to perform or learn work without repeated orders. The inmate may occasionally be disruptive in the work setting and/or demonstrate increasing absenteeism.

**Poor:** The inmate is frequently absent from the work site or only reports because he/she has been ordered to do so. The inmate is routinely disruptive in the work setting, demonstrates little or no interest in the job assignment, and shows no motivation to learn the job.

| | Above Average | Average | Below Average | Poor | Rating |
|---|---|---|---|---|---|
| **JOB PERFORMANCE** | | | | | |
| Quality of Work | X | | | | 1 |
| Quantity of Work | X | | | | 1 |
| Use of Working Time | X | | | | 1 |
| Care of Working Area | X | | | | 1 |
| Handling of Tools and Equipment | X | | | | 1 |
| Use of Materials | X | | | | 1 |
| Use of Training and Instruction | X | | | | 1 |
| Work Effort in Relation to Potential | | X | | | 2 |
| **ATTITUDE AND RELATIONSHIPS** | | | | | |
| Towards Peers | X | | | | 1 |
| Towards Supervisor | | X | | | 2 |
| Towards Job | X | | | | 1 |
| Towards Constructive Feedback | | | X | | 3 |
| **PERSONAL CHARACTERISTICS** | | | | | |
| Dependability (includes attendance) | X | | | | 1 |
| Initiative | X | | | | 1 |
| Acceptance of Responsibility | | | X | | 3 |
| Personal Appearance | | X | | | 2 |
| Behavior on the Job | X | | | | 1 |

_____   _____   _(signature) 1·28·2020_
Officer's Signature    Date    Supervisor's Signature    Date

Inmate Signature    #    Date

_I do not agree_    Bldg 6    _Inmate Refused to sign_

| PROBLEM AREAS | Check any of the following items which appear important |
|---|---|
| ☐ Uses obscene language often<br>☐ Slow in meeting formations<br>☐ Chronic complainer<br>☐ Argumentive | ☐ Quick-tempered<br>☐ Careless with equipment<br>☐ Disregardes safety precautions<br>☐ Does only the minimum amount of work to keep out of trouble |

COMMENTS: (Please provide any comments you have about the inmate, especially about those areas you feel need the attention of the inmate for improvment.

Since Shegogi's last progress report, he has improved on doing more than the minimal amount of work by bringing up his overall orders per hour from 25/26 to 33/34 orders per hour. However, Shegog needs to improve on accepting responsibility and constructive feedback.

_____
Supervisor's Signature

1·28·2020
Date