| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Inmate Accounts | 2. Date:<br>12-20-21 |
| 3. By: (Print Inmate Name and Number)<br>Joseph W Shegog GM1483<br>*Inmate Signature* | 4. Counselor's Name:<br>Weed |
| | 5. Unit Manager's Name:<br>Deplatchett |
| 6. Work Assignment:<br>Food | 7. Housing Assignment:<br>B-13-2 |

8. Subject: State your request completely but briefly. Give details.

Attached is an envelope containing documents for "In Forma Pauperis" please fill out the forms required by your office, seal it inside of the monthly envelope I have provided and mail to:

   CLERK of Courts
   United States District Court
   WESTERN DISTRICT OF PENNSYLVANIA
   (ERIE DIVISION)
CC Clerk of Courts    17 South Park Row
Inmate    ERIE PA 16501
File

Please Return Copy

Inmate ID Verified
H. Kesselring
Housing Unit CO's Signature
Date 12-19-21

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐     To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME _____  _____ DATE _____
                            Print                         Signature

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*     **Attachment 3-A**