Joseph Shegog #GM1483
SCI-Albion
10745 Route 18
Albion PA 16475





Clerk of Courts
United District Court
Western District of Pennsylvania
(ERIE Division)
17 South Park Row
ERIE PA 16501



Inmate Mail
PA Dept of
Corrections