# Table of Contents

| | | | |
|---|---|---|---|
| Exhibit A | 2 pages | (A.1 - A.2) | Nov. 2019 Progress Report |
| Exhibit B | 1 page | (B.1) | DC-ADM Inmate Grievance Policy |
| Exhibit C | 10 pages | (C.1 - C.10) | Grievance against Defendant Mooney |
| Exhibit D | 1 page | (D.1) | Witness Declaration |
| Exhibit E | 4 pages | (E.1 - E.4) | Defendant Grinnell's Interrogatories |
| Exhibit F | 7 pages | (F.1 - F.7) | Grievance against Defendant Grinnell |
| Exhibit G | 1 page | (G.1) | Defendant Giles' Staffing Notes |
| Exhibit H | 2 pages | (H.1 - H.2) | Defendant Grinell's Report |
| Exhibit I | 2 pages | (I.1 - I.2) | Inmate Request to Staff Deplatchett $_{A.1}$ / Shrader $_{A.2}$ |
| Exhibit J | 1 page | (J.1) | Defendant Deplatchett's E-Mail |
| Exhibit K | 9 pages | (K.1 - K.2) | Grievance against Defendants Giles, Deplatchett, Grinnell, and Shrader |